No. 87–826. GOLDBERG ET AL. *v.* SWEET, DIRECTOR, ILLINOIS DEPARTMENT OF REVENUE, ET AL.; and

No. 87–1101. GTE SPRINT COMMUNICATIONS CORP. *v.* SWEET, DIRECTOR, ILLINOIS DEPARTMENT OF REVENUE, ET AL. Sup. Ct. Ill. [Probable jurisdiction noted, 484 U. S. 1057.] Motion of appellants Goldberg and McTigue for leave to file a supplemental brief after argument granted.

No. 87–1661. ASARCO INC. ET AL. *v.* KADISH ET AL. Sup. Ct. Ariz. [Certiorari granted, *ante*, p. 887.] Motion of Alaska Miners Association et al. for leave to file a brief as *amici curiae* granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 87–1848. CITY OF DALLAS ET AL. *v.* STANGLIN, INDIVIDUALLY AND DBA TWILIGHT SKATING RINK. Ct. App. Tex., 5th Dist. [Certiorari granted, *ante*, p. 815.] Motion of U. S. Conference of Mayors et al. for leave to file a brief as *amici curiae* granted.

No. 88–266. OKLAHOMA TAX COMMISSION *v.* GRAHAM ET AL. C. A. 10th Cir. [Certiorari granted, *ante*, p. 816.] Motion of Stanley J. Alexander, Esq., to permit David Allen Miley, Esq., to present oral argument *pro hac vice* granted.

No. 88–603. ARIZONA *v.* FLINT. Ct. App. Ariz. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 88–5686. IN RE JONES. Petition for writ of mandamus denied.

No. 88–429. PUBLIC CITIZEN *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL.; and

No. 88–494. WASHINGTON LEGAL FOUNDATION *v.* UNITED STATES DEPARTMENT OF JUSTICE ET AL. Appeals from D. C. D. C. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. JUSTICE SCALIA took no part in the consideration or decision of these cases.